## J. D. WILSON *vs.* JOHN SHERFFBILLICH.

### May 29, 1883.

**Lien on Chattels—Waiver.**

Replevin. Plaintiff purchased 80 bushels of barley at a foreclosure sale under a chattel mortgage. The sale was made at defendant's house, where the barley was stored, both plaintiff and defendant being bidders. At the sale defendant made no claim to the barley nor to any lien upon the same. Defendant having refused to deliver the barley to plaintiff unless he was paid $5, which sum he claimed to be due him for hauling and storing the barley, prior to the sale, at the request of the constable who made the sale, and for which he claimed a lien, plaintiff brought this action in a justice court. Judgment was rendered for plaintiff, and defendant appealed to the municipal court of St. Paul, where the action was tried by the court and judgment ordered and entered for defendant, from which plaintiff appeals.

*J. J. Mullen* and *James B. Beals*, for appellant.

*H. V. Rutherford*, for respondent.

*By the Court.* The judgment must be reversed. If any lien defendant may have had on the property was not extinguished by the mortgage foreclosure, he was estopped to assert it against the purchaser by his silence at the sale.

Judgment reversed, and judgment in the court below for plaintiff, for possession of the property, directed.